UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARSEN DAVIDOV, individually, and on behalf of all other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT PROTECTION ASSOCIATION, LP,<br><br>Defendant. | Civil Docket No: 1:20-cv-5055<br><br>**NOTICE OF REMOVAL<br>OF ACTION** |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Credit Protection Association, LP ("Credit Protection") hereby gives notice of the removal of this action from the Supreme Court of the State of New York, County of Queens, New York, bearing Index No. 715864/2020, where it is now pending, to the United States District Court for the Eastern District of New York. In support of this Notice of Removal, Credit Protection states that:

1.  Plaintiff filed a Class Action Complaint in this action captioned *Arsen Davidov, individually, and on behalf of all other similarly situated consumers vs. Credit Protection Association, LP*, bearing Index No. 715864/2020 before the Supreme Court of the State of New York, County of Queens. A true and correct copy of the Class Action Complaint with exhibit is annexed hereto as **Exhibit A**.

2.  Defendant received the Class Action Complaint on September 22, 2020. Plaintiff has not filed an affidavit of service to date.

3.  The Class Action Complaint alleges, in sum and substances, that Credit Protection violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* Accordingly,

this action may be removed pursuant to 28 U.S.C. § 1441(b) as this Court has federal question jurisdiction under 28 U.S.C. §1331.

4. Additionally, the Court has supplemental jurisdiction over any state law claims, to the extent such claims exist, pursuant to 28 U.S.C. § 1367.

5. This Notice of Removal is timely filed within thirty (30) days after Credit Acceptance first received a copy of the initial pleadings setting forth the claims for relief and existence of federal question jurisdiction. 28 U.S.C. §1446(b); *See Boone v. Thane,* 07-CV-4358 (SLT)(VVP), 2009 WL 910556 at *2 (E.D.N.Y. March 31, 2009); *citing Fernandez v. Hale Trailer Brake & Wheel,* 332 F.Supp.2d 621, 624 (S.D.N.Y. 2004).

6. A civil cover sheet and the payment of the required filing fee accompany this Notice of Removal.

7. Written notice of this Notice of Removal will be filed in the Supreme Court of the State of New York, County of Queens.

**WHEREFORE,** Defendant Credit Protection Association, LP. respectfully request that this action be removed from the Supreme Court of the State of New York, County of Queens to the United States District Court for the Eastern District of New York.

Dated: New York, New York
October 21, 2020

**HINSHAW & CULBERTSON LLP**

By: _____/s/ *Roshene A. Kemp*_____
Roshene A. Kemp
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 471-6266
Fax: (212) 935-1166
Email: rkemp@hinshawlaw.com
*Attorneys for Defendant*
*Credit Protection Association, LP*

TO:    ZEMEL LAW LLC
        Daniel Zemel, Esq.
        Elizabeth Apostola, Esq.
        *Attorneys for Plaintiff*
        660 Broadway
        Patterson, New Jersey 07514
        Tel: (862) 227-3106
        Fax: (973) 282-8603
        Email: dz@zemellawllc.com
        Email: ea@zemellawllc.com

1035287\306834061.v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ARSEN DAVIDOV, individually, and on behalf of all other similarly situated consumers,

                Plaintiff,

vs.

CREDIT PROTECTION ASSOCIATION, LP,

                Defendant.

Docket No. **1:20-cv-5055**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                           ) SS.:
COUNTY OF NEW YORK )

Charles West being duly sworn, deposes and states:

I am over the age of eighteen (18) years, am not a party to the captioned action and I am an employee of the law firm of Hinshaw & Culbertson LLP, located at 800 Third Avenue, New York, New York 10022.

On October 21, 2020, I caused a true copy of the within **Notice of Removal of Action with Exhibit A and Civil Cover Sheet** to be served by first class mail in a sealed envelope, addressed to the last known address of the addressee indicated below:

Daniel Zemel
Zemel Law, LLC
600 Broadway,
Patterson, New York 07514
*Attorney for Plaintiff*
*Arsen Davidov*

                                                                                  _____
                                                                                     Charles West

Sworn before me this
21st day of October, 2020

_____
Notary Public

DANIEL BRITO
Notary Public, State of New York
Reg. No. 01BR6141638
Qualified in Westchester County
Commission Expires February 27, 2022

1035287\306844493.v1